UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMIR HAMIDI )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>CITY OF KIRKSVILLE, MISSOURI and )<br>BRAD SELBY, KIRKSVILLE CODING )<br>AND PLANNING DIRECTOR, IN HIS )<br>INDIVIDUAL AND OFFICIAL CAPACITY )<br>)<br>    Defendants. )<br>) | Case No. 2:14CV00087 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Memorandum Regarding Alternative Dispute Resolution (ADR) Referral. [ECF No. 46] Defendants have come to the conclusion that ADR has no reasonable chance of being productive and request the Court for relief as the Court deems appropriate. The Court understands this memorandum as a request by the Defendant to vacate ADR.

Accordingly,

**IT IS HEREBY ORDERED** that, within five days of the issuance of this Order, Plaintiffs shall show cause why this Court should not submit an order to vacate ADR.

Dated this  24th  Day of September, 2015.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE