UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| AMIR HAMIDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14CV00087 ERW |
| | ) | |
| CITY OF KIRKSVILLE, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

The Court finds Defendants' Combined Motion for Attorneys' Fees as the Prevailing Party [ECF No. 123] does not include the necessary documentary evidence required under Local Rule 54-8.02 for the Court to determine if Defendants' counsel billed a reasonable amount of hours. "Applications for fee awards should generally be documented by contemporaneously created time records that specify, for each attorney, the date, the hours expended, and the nature of the work done." *Kirsch v. Fleet St., Ltd.*, 148 F.3d 149, 173 (2d Cir. 1998) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 437 at n. 12 (1983)). Without the above information the Court is unable to determine if the hours billed by Defendants' counsel are reasonable. Defendants current exhibit only provides the total number of hours billed by each attorney, their qualifications and their hourly rates. [ECF No. 123-1].

Accordingly,

**IT IS HEREBY ORDERED** that Defendants City of Kirksville, Missouri, David Jacobs, Mike LaBeth, Mari MacComber, Bob Russel, Brad Selby, and Clark Wilson's counsel shall submit an exhibit detailing the for each attorney time records specifying the date, the hours billed, and the nature of the work by October 24, 2016.

Dated this 13th Day of October, 2016.

*[signature: E. Richard Webber]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE